Acchione, Appellant, *v.* Philadelphia.

Argued January 9, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN and McBRIDE, JJ.

*Walter Biddle Saul,* with him *Saul, Ewing, Remick & Saul,* for appellants.

*James L. J. Pié,* Assistant City Solicitor, with him *Joseph V. Furlong, Jr.,* Assistant City Solicitor, and *David Berger,* City Solicitor, for appellee.

OPINION PER CURIAM, March 16, 1959:
The Judgment is affirmed on the Opinion of President Judge SLOANE which is reported in 16 Pa. D. & C. 2d 261.